**Motion Granted; Order filed April 19, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00672-CV

_____

### CONNIE RANGE, TRUSTEE OF THE MARTHA RANGE TRUST D/B/A RELIANT ENGINEERING AND MACHINE, US AND SAMUEL RANGE, Appellants

### V.

### CALVARY CHRISTIAN FELLOWSHIP, Appellee

**On Appeal from the 234th District Court
Harris County, Texas
Trial Court Cause No. 2014-09494**

## ORDER

On February 18, 2016, this court granted appellants' motion to supplement the reporter's record and ordered Norma Duarte, the official court reporter for the 234th District Court, to file, on or before March 9, 2016, records of the following:

1. October 10, 2014 Pre-Trial Conference;

2. September 8, 2014 Hearing on (1) Plaintiffs' Motion to Strike

Defendant's Amended Pleadings, and (2) Defendant's Motion to Compel; and

3. June 16, 2014 Hearing on Plaintiffs' Motion to Disqualify Defendant's Counsel.

On March 30, 2016, appellants filed a motion to compel the official court reporter to file the supplemental reporter's record because the records had not been filed. Because the supplemental reporter's record has not been filed timely, we grant appellants' motion and issue the following order.

We order Norma Duarte, the official court reporter, to file the supplemental record in this appeal **within 20 days** of the date of this order. No further extension will be entertained absent exceptional circumstances. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If Norma Duarte does not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM


Panel consists of Justices Busby, Donovan, and Wise.